Mr. Presiding Justice Graves delivered the opinion of the court.

---

George J. Gay, appellant, v. American Casualty Company, appellee.

Action on a general automobile indemnity policy of insurance for injury sustained by a passenger for hire.    Judgment for defendant. Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding.    Heard in this court at the October term, 1919.    Affirmed.    Opinion filed April 27, 1920.

Dwyer & Dwyer, for appellant.    Acton & Acton, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

Maria Wickstrom, appellee, v. Robert R. Rodman, appellant.

Action to recover of an attorney the excess paid him under protest for fees over and above what his services were reasonably worth. Judgment for plaintiff.    Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding.    Heard in this court at the October term, 1919.    Affirmed.    Opinion filed April 27, 1920.

Clark & Hutton, for appellant.    Charles Allen and O. M. Jones, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

Noah Atkins, administrator of the estate of Carroll Atkins, deceased, appellee, v. Central Illinois Public Service Company, appellant.

Action for negligently causing death by contact with an arc light wire.    Judgment for plaintiff.    Appeal from the City Court of Pana; the Hon. J. H. Fornoff, Judge, presiding.    Heard in this court at the October term, 1919.    Reversed and remanded.    Opinion filed April 27, 1920.

Vause & Kiger, for appellant; J. W. Priehs, of counsel.    Griffith & Smith and McDavid & Monroe, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.